FILED

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

JAN 03 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE _WESTERN_ DISTRICT OF TEXAS
_AUSTIN_ DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

_TINA ZUCKERMAN_    _Free world citizen_
Plaintiff's Name and ID Number

_NOT INCARCERATED_
~~Place of Confinement~~

CASE NO. **A23CA0014RP**
(Clerk will assign the number)

v.

_KUALEO SARKAN_
Defendant's Name and Address

_N/A_
Defendant's Name and Address

_N/A_
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES (NO)

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: N/A

        2.  Parties to previous lawsuit:
            Plaintiff(s) N/A
            Defendant(s) N/A

        3.  Court: (If federal, name the district; if state, name the county.) N/A

        4.  Cause number: N/A

        5.  Name of judge to whom case was assigned: N/A

        6.  Disposition: (Was the case dismissed, appealed, still pending?) N/A

        7.  Approximate date of disposition: N/A

2

FREE WORLD CITIZEN

II.    PLACE OF PRESENT CONFINEMENT:___NOT INCARCERATED___

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    (YES) __NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff:___TINA ZUCKERMAN___

_____

_____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1:___KHALED SARKAN___

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
___STOLE - SWINDLED - $15,000ᵒᵒ JEWELRY___

Defendant #2:___N/A___
___N/A___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
___N/A___

Defendant #3:___N/A___
___N/A___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
___N/A___

Defendant #4:___N/A___
___N/A___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
___N/A___

Defendant #5:___N/A___
___N/A___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
___N/A___

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

PLEASE SEE ATTACHED pages

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$30,000 00 Dollars Compensation Court Costs - Attorney Fees - Filing Fees -

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  (X NO)

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):___N/A___

2. Case number:___N/A___

3. Approximate date sanctions were imposed:___N/A___

4. Have the sanctions been lifted or otherwise satisfied?    (YES)___NO

4

STATEMENT of CLAIM -

(#1) DEFENDANT mis REPRESENTED HIMSELF AS ATTORNEY -

SIGNED CONTRACT SAYING He WOULD pay $15,000⁰⁰ for JEWELRY BELONGING TO PLAINTIFF, TINA ZUCKERMAN.

(#2) This VIOLATES DUE PROCESS of LAW CLAUSE

AND CRUEL AND UNUSUAL PUNISHMENT CLAUSE.

(#3) VIOLATIONS of 5, 6, 8, 14 USCA - U.S. CONSTITUTION. AND TEXAS CONSTITUTION.

Compensation Sought

$30,000 $\frac{00}{}$ Dollars In
Damages - Re: Stolen
Jewelry,

Court Costs

Filing Fees

Attorney Fees.



C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✗NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _N/A_

   2. Case number: _N/A_

   3. Approximate date warning was issued: _N/A_

Executed on: _12·31·2022_
       DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____31_____ day of _December_, 20 _22_.
      (Day)          (month)       (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

"CERTIFICATE OF SERVICE"

I, TINA ZUCKERMAN, DO HEREBY CERTIFY THAT A TRUE AND A CORRECT COPY OF FOREGOING WAS THIS DAY FILED TO FOLLOWING ADDRESS POSTAGE PRE PAID - 1st CLASS MAIL - VIA U.S. POSTAL SERVICE - AS - FOLLOWS TO WIT:

CLERK
U.S. DISTRICT COURT
AUSTIN DIVISION
501 W. 5TH STREET
SUITE 1100
AUSTIN, TEXAS - 78701

EXECUTED, ON THIS, THE 31st DAY, OF DECEMBER, 2022.

Respectfully Submitted,
SIGNED)   Tina Zuckerman
TINA ZUCKERMAN
ADDRESS: 1309 Henry David Drive
CITY: Pflugerville
TEXAS.
ZIP CODE: 78660

RECEIVED

JAN 3 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

DATED. 12-31-22

ADDRESSED TO:

CLERK
U.S. DISTRICT COURT
AUSTIN DIVISION
U.S. COURTHOUSE
501 W. 5TH STREET
SUITE 1100
AUSTIN - TEXAS - 78701

DEAR CLERK:
   PLEASE! FILE - ENCLOSED

42 USC 1983 LAWSUIT.
WITH IN FORMA PAUPERIS AND
CERTIFICATE OF SERVICE.

Reply TO:         RESPECTFULLY SUBMITTED,
    SIGNED) _Tina Zuckerman_____
             TINA ZUCKERMAN
      ADDRESS: 1309 Henry David Drive
          City: Pflugerville
          TEXAS.
             ZIP CODE! 78660



## NOTICE TO COURT

If, COURT WANTS A MORE DEFINITE STATEMENT PLAINTIFF, WILL PROVIDE.

Cover Page

For

Exhibit Number
One

Signed Contract





TINA ZUCKERMAN
ADDRESS: 1309 Henry David Drive
CITY: Pflugerville
TEXAS
            ZIP CODE: 78660

SAT 31 DEC 2022 PM

SCREENED BY CSO
JAN 03 2023

LEGAL

MAIL

To: CLERK OF COURT
U.S. COURTHOUSE.
U.S. DISTRICT COURT
AUSTIN DIVISION
501 WEST FIFTH STREET
SUITE 1100
AUSTIN, TEXAS
            78701

# NOTICE TO
## COURT

(#1) This IS SECOND COPY ENCLOSED

(1) Please File MARK AS ACCEPTED AND Filed

(2) PLEASE ASSIGN CASE Number.

THANK! You?

IN ADVANCE

COVER PAGE

FOR

EXHIBIT NUMBER

ONE

SIGNED CONTRACT



# NOTICE TO COURT

If, COURT WANTS A
MORE DEFINITE STATEMENT
PLAINTIFF, WILL PROVIDE.

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _WESTERN_ DISTRICT OF TEXAS
## _AUSTIN_ DIVISION

*TINA ZUCKERMAN*    *FREE WORLD CITIZEN*
Plaintiff's Name and ~~ID Number~~

*NOT INCARCERATED*
~~Place of Confinement~~

CASE NO._____
(Clerk will assign the number)

v.

*KHALED SARKAN*
Defendant's Name and Address

*N/A*
Defendant's Name and Address

*N/A*
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?___YES (X)NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:___N/A___

        2.  Parties to previous lawsuit:

        Plaintiff(s)___N/A___

        Defendant(s)___N/A___

        3.  Court: (If federal, name the district; if state, name the county.)___N/A___

        4.  Cause number:___N/A___

        5.  Name of judge to whom case was assigned:___N/A___

        6.  Disposition: (Was the case dismissed, appealed, still pending?)___N/A___

        7.  Approximate date of disposition:___N/A___

2

II. ~~PLACE OF PRESENT CONFINEMENT:~~ FREE WORLD CITIZEN NOT CONFINED

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    (YES) __NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: TINA ZUCKERMAN

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: KHALED SARHAN

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
STOLE - SWINDLED $15,000 ⁰⁰ JEWELRY

Defendant #2: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #3: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #4: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #5: N/A
N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

PLEASE SEE ATTACHED pAges

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$ 30,000 ⁰⁰ Dollars Compensation Court Costs - Attorney Fees - Filing Fees

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES   ⊗NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A

2. Case number: N/A

3. Approximate date sanctions were imposed: N/A

4. Have the sanctions been lifted or otherwise satisfied?   ⊗YES   ____NO

4

STATEMENT of CLAIM.

(#1) DEFENDANT MIS-REPRESENTED HIMSELF AS ATTORNEY — SIGNED CONTRACT SAYING HE WOULD PAY $15,000$^{00}$ FOR JEWELRY BELONGING TO PLAINTIFF, TINA ZUCKERMAN.

(#2) THIS VIOLATED DUE PROCESS of LAWS CLAUSE. AND CRUEL AND UNUSUAL PUNISHMENT CLAUSE.

(#3) VIOCATIONS of 5, 6, 8, 14, USCA- U.S. CONSTITUTION AND TEXAS CONSTITUTION.



Compensation Sought

$30,000$\frac{oo}{-}$ Dollars in
Damages - Re: Stolen
Jewelry.

Court Costs

Filing Fees

Attorney Fees.



C. Has any court ever warned or notified you that sanctions could be imposed?    ___YES _X_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _N/A_

2. Case number: _N/A_

3. Approximate date warning was issued: _N/A_

Executed on: _12/31/22_
DATE

α) _Jina Zuckerman_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___31___ day of _December_, 20 _22_.
(Day)                (month)             (year)

α) _Jina Zuck___
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

"CERTIFICATE OF SERVICE"

I, TINA ZUCKERMAN, DO HEREBY CERTIFY THAT A TRUE AND A CORRECT COPY OF FOREGOING WAS THIS DAY FILED TO FOLLOWING ADDRESS - POSTAGE PRE PAID - 1ST CLASS MAIL - VIA U.S. POSTAL SERVICE - AS FOLLOWS TO WIT:

CLERK
U.S. DISTRICT COURT
AUSTIN DIVISION
501 W. 5TH STREET
SUITE 1100
AUSTIN, TEXAS - 78701

EXECUTED, ON THIS, THE 31ST DAY OF DECEMBER - 2022.

RESPECTFULLY SUBMITTED,
SIGNED) _Tina Zuckerman_
TINA ZUCKERMAN
ADDRESS: 1309 Henry David Drive
CITY: Pflugerville
TEXAS -
ZIP CODE: 78660